COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Douglas Elliman Realty, LLC v. Griffin Partners III-520/2017 L.P. as successor in interest to DLF/GP 520 Post Oak, LLC PFP 520 Post Oak, Inc. and 520 Partners, Ltd. |
| Appellate case number: | 01-21-00083-CV |
| Trial court case number: | 2020-03683 |
| Trial court: | 157th District Court of Harris County |

Appellant, Douglas Elliman Realty, LLC, filed a notice of interlocutory appeal of the trial court's order denying its special appearance. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7). Appellant then filed a motion to stay "the underlying lawsuit in its entirety" as to all defendants, including all pretrial proceedings and discovery, "to avoid the extraordinary time and expense" of what it alleges "undisputedly will be extensive discovery and pretrial proceedings." *See id.* 51.014(b), (c); TEX. R. APP. P. 29.3.

We **grant** Appellant's motion. All pretrial proceedings, including discovery, as to all defendants in Cause No. 2020-03683 in the 157th District Court of Harris County, Texas are stayed pending disposition of appellant's interlocutory appeal or further order of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
Acting individually

Date: March 11, 2021